JAMES F. EGAN, as Administrator of the Estate of SIMEON NIKULNIKOFF, Deceased, Appellant, *v.* RUSSIAN ORTHODOX DIOCESAN TRUSTEES, INC.. Respondent.

(Submitted October 25, 1934; decided November 20, 1934.)

*Borris M. Komar* for appellant.

*Russian Orthodox Diocesan Trustees, Inc.,* respondent in person.

Judgment affirmed, without costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.